1  Naeun Rim - State Bar No. 263558
      nrim@birdmarella.com
2  Grace W. Kang - State Bar No. 271260
      gkang@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
   Attorneys for Defendant Robinhood
7  Financial LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TAYLOR THOMPSON, an individual and all other California residents similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBINHOOD FINANCIAL LLC,<br><br>Defendant. | Case No. 2:21-cv-02230<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:<br>Courtroom: |

WHEREAS, on February 8, 2021, Taylor Thompson ("Plaintiff") filed a putative class action Complaint ("Complaint") in the Superior Court for the State of California, County of Los Angeles, Central District, captioned *Taylor Thompson v. Robinhood Financial LLC*, Case No. 21STCV04909 (the "Action");

WHEREAS, on February 9, 2021, Plaintiff served Defendant Robinhood Financial LLC ("Robinhood") with process;

WHEREAS, on March 2, 2021, the Parties met and conferred regarding Robinhood's deadline to respond to the Complaint following removal and Plaintiff's Motion to Remand;

WHEREAS, on March 11, 2021, Robinhood removed the Action to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1446(a).  Robinhood contends that the United States District Court has original jurisdiction over this Action pursuant to the Securities Litigation Uniform Standards Act ("SLUSA"), 15 U.S.C. § 78bb(f)(1);

WHEREAS, Plaintiff will challenge the removal of this Action and file a motion to remand pursuant to 28 U.S.C. § 1447.  Plaintiff contends that there is no basis for federal jurisdiction over this Action because it is a California consumer class action not in connection with the purchase or sale of securities, so it does not fall within the ambit of SLUSA and belongs in California state court;

WHEREAS, the parties agree that Plaintiff has satisfied his meet and confer obligations under L.R. 7-3 as to the filing of his Motion to Remand;

WHEREAS, there is a pending Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Transfer Motion") with the Judicial Panel on Multidistrict Litigation ("JPML"), which briefing was fully submitted on March 5, 2021, and a hearing before the JPML is scheduled for March 25, 2021;

WHEREAS, pursuant to Rule 6.2(d), upon Removal of the Action, Robinhood promptly notified the JPML that the Action was a "tag-along action[]";

WHEREAS, Plaintiff states that he intends to file a response to Robinhood's Notice of Tag-Along Action to inform the JPML that, should the JPML grant the Transfer Motion, this Action is not appropriate for coordination into the MDL as there is no federal jurisdiction over this Action and this Action strictly involves California consumer claims;

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Robinhood's deadline to respond to the Complaint is March 18, 2021;

WHEREAS, in the spirit of cooperation, the Parties agree to extend the deadline for Robinhood to move or otherwise respond to the Complaint in light of Plaintiff's anticipated Motion to Remand and the pending Transfer Motion before the JPML;

WHEREAS, there is good cause to extend the deadline to move or otherwise respond to the Complaint to allow time for any Motion to Remand filed by Plaintiff to be resolved, for the JPML to make its determination with respect to the Transfer Motion, and for this Action to proceed in an orderly and efficient fashion;

WHEREAS, Robinhood does not waive, and expressly reserves, all available defenses;

WHEREAS, this is the first extension that has been requested, and the Parties have not obtained any previous extensions;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that Robinhood's deadline to move or otherwise respond to the Complaint shall be extended as follows:

- if the Transfer Motion is granted and Plaintiff's Motion to Remand is denied, until the date by which the transferee judge orders Robinhood to move or otherwise respond to the Complaint;
- if Plaintiff's Motion to Remand is granted or the Transfer Motion is denied, the Parties will meet and confer with respect to Robinhood's response deadline to respond to the Complaint; and

- if Plaintiff's Motion to Remand is denied and the Transfer Motion is denied, until the date by which the Court orders Robinhood to move or otherwise respond to the Complaint.

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiff and Defendant, that Defendant preserves all rights to move or otherwise respond to the Complaint.

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiff and Defendant, that Plaintiff has satisfied his meet and confer obligations under L.R. 7-3 as to the filing of his Motion to Remand.

DATED:  March 11, 2021   Naeun Rim
Grace W. Kang
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By:  */s/ Naeun Rim*
Naeun Rim
Attorneys for Defendant Robinhood Financial LLC

DATED: March 11, 2021   **KIESEL LAW LLP**

By:  */s/ Cherisse H. Cleofe*
Paul R. Kiesel, State Bar No. 119854
 *kiesel@kiesel.law*
Jeffrey A. Koncius, State Bar No. 189803
 *koncius@kiesel.law*
Cherisse H. Cleofe, State Bar No. 290152
 *cleofe@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812

| | |
|---|---|
| 1 | Richard C. Dalton, State Bar No. 268598 |
| 2 | *rick@rickdaltonlaw.com* <br> **RICHARD C. DALTON, LLC** |
| 3 | P.O. Box 358 <br> Carencro, Louisiana 70520 |
| 4 | Tel:   (337) 371-0375 |
| 5 | David S. Markun, State Bar No. 150579 |
| 6 | *dmarkun@mzclaw.com* <br> **MARKUN ZUSMAN FRENIERE** |
| 7 | **COMPTON LLP** |
| 8 | 17383 West Sunset Blvd., Suite A380 <br> Pacific Palisades, California 90272 |
| 9 | Tel: 310-454-5900 <br> Fax: 310-454-5970 |
| 10 | |
| 11 | Edward S. Zusman, State Bar No. 154366 |
| 12 | *ezusman@mzclaw.com* <br> **MARKUN ZUSMAN FRENIERE** |
| 13 | **COMPTON LLP** |
| 14 | 465 California Street, Suite 401 <br> San Francisco, California 94104 |
| 15 | Tel: 415-438-4515 <br> Fax: 415-434-4505 |
| 16 | |
| 17 | Attorneys for Plaintiff TAYLOR |
| 18 | THOMPSON, on behalf of himself and all other California residents similarly situated |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |